UNITED STATES DISTRICT COURT
DISTRICT OF MASACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. 1:14-cv-13902-WGY |
| JEFFREY A. DENNER, | ) ) ) |
| Defendant. | ) |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff United States of America voluntarily dismisses this action.

Respectfully submitted,

CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

/s/ Edward J. Murphy
EDWARD J. MURPHY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
Telephone: (202) 307-6064
Fax: (202) 514-5238
Email: Edward.J.Murphy@usdoj.gov

12364921.1